UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DHARMVIR GEHLAUT,

        Plaintiff,                                    JUDGMENT
                                                         22-CV-7862 (AMD) (LB)

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION
and KELLY JOHNSON,

        Defendants.
------------------------------------------------------------ X

        An Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on February 6, 2024, granting the defendant's motion to dismiss; dismissing the complaint with prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

        ORDERED and ADJUDGED that the defendant's motion to dismiss is granted; that the complaint is dismissed with prejudice; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, NY                                             Brenna B. Mahoney
       February 8, 2024                                 Clerk of Court

                                                                      By: */s/Jalitza Poveda*
                                                                         Deputy Clerk